**Order issued January 28, 2016**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-16-00062-CV

———————————

## IN RE JEFFREY C. GRIMM, Relator

---

### Original Proceeding on Petition for Writ of Habeas Corpus

---

### MEMORANDUM ORDER

Relator, Jeffrey C. Grimm, has filed a petition for writ of habeas corpus arising from a divorce proceeding where the trial court's January 21, 2016 contempt and commitment order which sentenced him to 60 consecutive days in jail to be served immediately until certain monies are paid for child support arrearages and attorneys' fees.[1] Relator's petition also seeks temporary relief of

---

[1] The underlying case is *Jeffrey C. Grimm v. Linda K. Grimm*, Cause No. CCL6776, in the County Court at Law, Washington County, Texas, the Honorable Matthew Reue presiding.

release from custody or on bail, pending consideration of his petition. The Court is of the tentative opinion that a serious question concerning the relief requested by the petition requires further consideration. *See* TEX. R. APP. P. 52.8(b).

Accordingly, the Court **grants** the relator's request for temporary relief and **orders** the Sheriff of Washington County to discharge relator from custody upon relator executing and filing with the Sheriff of Washington County a good and sufficient bond, conditioned as required by law, in the amount of $500.00. *See* TEX. R. APP. P. 52.8(b)(3), 52.10(b); *see also* TEX. GOV'T CODE § 22.221(d) (West Supp. 2015). This order will remain in effect until the petition in this Court is finally decided or until further order from this Court.

In addition, although relator stated in his petition that a hearing was held on January 21, 2016, he did not indicate whether it was recorded, whether any relevant testimony was adduced or ruling was explained, whether he had requested and paid for the record, and when it may be filed. Accordingly, we **order** relator, **within five days of the date of this order**, to provide evidence of requesting the reporter's record, if any, on an expedited basis for the January 21, 2016 hearing and payment for or arrangements to pay for preparation of the reporter's record. *See* TEX. R. APP. P. 52.7(a)(2).

Finally, the Court requests a response to the petition by real party in interest, Linda K. Grimm, with any relevant portions of the record. *See* TEX. R. APP. P.

52.4(e), 52.8(b)(1).  The response, if any, shall be filed **within 20 days** from the date of this order.  *See id.* 2, 52.4.

It is so ORDERED.


Judge's signature: /s/ Evelyn V. Keyes

☑ Acting individually     ☐ Acting for the Court

Date:  January 28, 2016